1

MAGISTRATE JUDGE MONICA J. BENTON

05-CR-05326-ORD

5

6     UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
7     AT TACOMA

8

9   UNITED STATES OF AMERICA,          )     NO. CR05-5326
                                        )
             Plaintiff,                 )
10                                      )     ORDER GRANTING STIPULATED
             vs.                        )     MOTION TO CONTINUE TRIAL
11                                      )     DATE
    JESSE BLAS,                         )
12                                      )
             Defendant.                 )
13  _____)

14          Upon the stipulation of the parties to continue the trial date in the above-captioned

15   case, the Court finds that such a continuance would serve the ends of justice and

16   outweigh the best interests of the public and the defendant in a speedy trial; therefore,

17          IT IS HEREBY ORDERED that the trial date be continued to September 12,

18   2005. The period of delay resulting from this continuance from July 11, 2005 to

19   September 12, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.

20   §3161(h)(8)(A) and (B).

21          DONE this _____ day of July, 2005.

22

23

      _____
24    JUDGE MONICA J. BENTON
      UNITED STATES MAGISTRATE JUDGE
      Presented By:

25
      /s/                                      /s/
26    Jerome Kuh                                Captain Glenn Templeton
      Attorney for Defendant                   Special Assistant United States Attorney
                                               **FEDERAL PUBLIC DEFENDER**
                                               1331 Broadway, Ste. 400
      ORDER GRANTING STIPULATED MOTION                    Tacoma, Washington  98402
      TO CONTINUE TRIAL DATE              1               (253) 593-6710

MAGISTRATE JUDGE MONICA J. BENTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE BLAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CR05-5326<br><br>STIPULATED MOTION TO<br>CONTINUE TRIAL DATE |

IT IS HEREBY STIPULATED by and between the United States of America, by Special Assistant United States Attorney Captain Glenn Templeton, and defendant, Jesse Blas, by his attorney, Jerome Kuh, that the trial date in the above-captioned case be continued until September 12, 2005.

A continuance of the trial date is being requested because Mr. Blas would like to pay off his outstanding tickets and have his license reinstated before coming to court. A two-month continuance will allow him enough time to pay off his tickets.

Dated this _11th_ day of July, 2005.

Respectfully submitted,

_Jerome Kuh_
Jerome Kuh
Attorney for Defendant

_Captain Glen Templeton_
Captain Glen Templeton
Special Assistant United States Attorney

STIPULATED MOTION
TO CONTINUE TRIAL DATE

1