# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                              )<br>            Plaintiff,   )<br>                              )<br>      vs.                     )<br>                              )<br> JESSE BLAS,                   )<br>                              )<br>            Defendant.  )  | **CR05-5326 JPD**<br><br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The defendant plead guilty to driving while license suspended and negligent driving in the second degree on November 7, 2005.  The Court imposed a sentence of a $200 fine with a $15 special assessment; both fine and special assessment were due by this date.

The defendant has requested additional time in which to pay the fine and assessment.  The request is GRANTED.  The defendant will have until Wednesday, April 5, 2006, in which to complete payment of the fine and assessment.

Dated this 8th day of March , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**